UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| TINA KWIATKOWSKI, )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>CHW GROUP, INC. d/b/a Choice Home )<br>Warranty, )<br>)<br>   Defendant. ) | Case No. 2:18-cv-4676-JHS |

## NOTICE OF SETTLEMENT

Plaintiff, TINA KWIATKOWSKI, ("Plaintiff"), through her attorney, Michael A. Siddons, informs this Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

December 10, 2018            By: /s/ Michael A. Siddons
                                                    Michael A. Siddons
                                                    Attorney #89018
                                                    The Law Firm of Michael Alan Siddons, Esquire
                                                    230 N. Monroe Street
                                                    PO Box 403
                                                    Media, PA 19063
                                                    Tel: 484-614-6546
                                                    msiddons@siddonslaw.com
                                                    Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

      On December 10, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

                    By: /s/ Michael Siddons
                           Michael Siddons