**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**

| | |
|---|---|
| TINA KWIATKOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-4676-JHS |
| ) | |
| CHW GROUP, INC. d/b/a Choice Home ) | |
| Warranty, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, TINA KWIATKOWSKI, ("Plaintiff"), through her attorney, Michael A. Siddons, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHW GROUP, INC d/b/a CHOICE HOME WARRANTY.

January 18, 2019        By: /s/ Michael A. Siddons
                             Michael A. Siddons
                             Attorney #89018
                             The Law Firm of Michael Alan Siddons, Esquire
                             230 N. Monroe Street
                             PO Box 403
                             Media, PA 19063
                             Tel: 484-614-6546
                             msiddons@siddonslaw.com
                             Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

On January 18, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Michael Siddons
Michael Siddons